# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

County Code: 37147
Case Filed: 05/25/93
Docket No.: 00032
Def.: 19

PO ☐ 417 04 Assigned 1709
Misd. ☐
Felony ☒ District

U.S. vs. Dixon, Donald, a/k/a "P"
No. of Def's: 34

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | GUILTY/NOLO |
|---|---|---|---|
| 18:371 | Conspiracy to conduct a Gambling Business (Ct. 1) | 1 | X |
| 18:1955 | Illegal Gambling Business; Aiding & Abetting (Ct. 2) | 1 | |

## II. KEY DATE

- INTERVAL ONE — KEY DATE (EARLIEST OF): —
- END ONE / BEGIN TWO — KEY DATE: 5/25/93 — Indictment filed/unsealed
- KEY DATE: 6/2/93 — 1st appears on pending charge /R40
- END INTERVAL TWO — KEY DATE: 9-20-93 — Pled Guilty

DISPOSITION DATE: 9-20-93
SENTENCE DATE: 3-24-94

## III. MAGISTRATE

(blank)

## ATTORNEYS

U.S. Attorney: **William Delahoyde**

Defense: 1 ☒ CJA  2 ☒ Ret.

113 King Drive
Greenville, NC 27834
757-0898

PPD Ordered 6/2/93
Notify Crt 6/12/93

* MARK Owens, III - Ret.
P.O. Box 36
Greenville, NC 27834
758-4276

AND

E. Keen Lassiter
200 E. Fourth St.
P.O. Box 859
Greenville, NC 27835-0859
758-1403

**70 days up:** 8/11/93

3/24 GR.
Sent. Greenville
10 AM

Date Set: 6/2/93
XX Pers. Rec.

| DATE DOCUMENT NO. | Yr | Docket No. | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE __ OF __ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|

**V. PROCEEDINGS**

Judge Howard and Judge Dixon

| Date | Doc# | Proceeding | | |
|---|---|---|---|---|
| 5/25/93 | 1 | INDICTMENT FILED - c: USA, USPO, PTS, USM, New Bern Div., Judge Dixon, Judge Howard | jh | |
| 5/25/93 | | REQUEST FOR WARRANT - by USA - Bond Rec: $100,000. Uns. | jh | |
| 5/26/93 | 2 | WARRANT FOR ARREST - Orig and lc: USM w/copy of Indictment c: USA | jh | |
| 6/2/93 | | INITIAL APPEARANCE at New Bern Before Judge McCotter (Proc. Rec.) Deft adv. of all rights - charges and penalties Deft to retain atty by 6/12/93 and notify the court Deft rel. on bond | jh | |
| 6/2/93 | 3 | ORDER SETTING CONDITIONS OF RELEASE - P.R. w/spec. conds. (Judge McCotter) c:USA,USPO,PTS,USM,DEFT, | jh | |
| 6/2/93 | | Form to Judge Dixon for PTS Order | jh | |
| 6/10/93 | 4 | ORDER ON PRETRIAL SCHEDULING - Conf by: 6/28/93, Mtns by: 7/8/93 Resp. by: 7/19/93 (Judge Dixon) c: USA, Judge Howard, Counsel | jh | |
| 6/22/93 | 5 | RETURN ON WARRANT - date rec'd 6/2/93, date of arrest 6/2/93 (Bill Dickinson, DUSM) | jh | |
| 6/29/93 | 6 | NOTICE OF APPEARANCE - w/cs by Mark W. Owens, III c:USA,USPO,PTS, Judge H., Judge Dixon | jh | |
| 8/26/93 | 7 | NOTICE OF APPEARANCE - by: E. Keen Lassiter c:USA,USPO,PTS, JUDGE H.,JUDGE DIXON | jh | |
| 9/1/93 | 8 | NOTICE OF APPEARANCE by E. Kenn Lassiter as private counsel for the def't; cy: USA; USPO; PTS; Judge Howard; USMJ Dixon | bb | |
| 9/4/93 | | ISSUED NOTICE FOR ARR & TRIAL ON MON. 9/20/93 at 10AM in Fay Before Judge H. - c:USA,USPO,PTS,USM,DEFT,COUNSEL | jh | |
| 9/20/93 | 9 | AT FAYETTEVILLE BEFORE JUDGE HOWARD (C.R.- Carolyn Williams) Deft sworn - Deft competent - Rule 11 conducted Memorandum of Plea Agreement Filed - cys dist. Plea of Guilty to Ct. 1 Dismiss Ct. 2 at sent. Plea freely & vol. - Factual basis exists - Court accepts plea Remain on Same bond Sent date: 1/14/94 at Greenville | jh | |
| 9/20/93 | 10 | VIOLATION OF CONDITIONS OF RELEASE - Decision of Judge: Agree with Officers Recommendation (The deft obtain a substance abuse assessment and comply with any and all treatment recommendations deemed appropraite by mental health authorities and US P/T Services - (evaluation set for Fri. Oct. 1, 1993 at 10AM (Judge Howard) c:USA,USPO,PTS,COUNSEL,JUDGE HOWARD | jh | |
| 1/2/94 | | ISSUED NOTICE for sent. 1/14/94 at 9AM in Greenville c: USA,USPO,PTS,USM,DEFT,COUNSEL | jh | |
| 1/14/94 | 11 | ORDER the sent. is cont. to 1/24/94 at 10AM in Greenville (Judge Howard) O.B.#18,P.31 c:USA,USPO, PTS,DEFT,COUNSEL,JUDGE HOWARD  Ent. 1/16/94 | jh | |
| 1/16/94 | | ISSUED NOTICE for sentencing at Greenville 1/24/94 at 10AM Before Judge Howard c:USA,USPO,PTS,USM,DEFT,COUNSEL,JUDGE H., Court Reporter, Joyce Todd for Info | jh | |
| 1/14/94 | 12 | MOTION TO CONTINUE - by deft. w/cs   lc: Judge Howard   lc: faxed | fs | |
| 1/24/94 | 13 | ORDER the sent. of this case is moved to 2/24/94 at Greenville (Judge Howard) O.B.#18, P.59 c:USA,USPO,PTS,USM,JUDGE H.,COUNSEL | jh | |
| 2/3/94 | | ISSUED NOTICE for sent. on Thur. 2/24/94 at 10:00AM in Greenville Before Judge Howard c:USA,USPO,PTS,USM,DEFT,COUNSEL | jh | |





Case 4:93-cr-00062-H  Document 24  Filed 05/25/93  Page 2 of 4

CONTINUED TO PAGE __

LETTER CODES
For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets)

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
T2 Case unusual or complex [(8)(B)]
T3 Indictment following arrest can't be filed in 30 days [(8)(B,ii)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal of guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs

Donald Dixon, a/k/a P

AO 256A

4:93CR-32-CR-1H

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | (Document No.) (Under Seal) | (a) \| (b) \| (c) \| (d) |
| 2/23/94 | 14  MTN TO CONTINUE/MOTION TO SEAL MTN - w/cs c: Judge H. jh | |
| 2/23/94 | 15  ORDER - to cont. sent. to 3/24/94 at Greenville and TO SEAL Mtn - (Judge H.) O.B.#18, P.96 c: USA,COUNSEL, Judge H. jh | |
| 3/8/94 | ISSUED NOTICE FOR SENTENCNG 3/24/94 at 9AM in Greenville Before Judge Howard - c: USA,USPO,PTS,USM,DEFT,COUNSEL,JUDGE H. court Reporter, Joyce Todd-Civil    jh | |
| 3/24/94 | 16  JUDGMENT AND COMMITMENT - at Greenville Before Judge Howard (C.R.-Patricia Haynes) BOP - 12mos. - Surr by 4/25/94 at 10AM SR - 24 mos. with conds. of sup. rel. $3,000. fine - no int. - installments Statement of Reasons (Judge Howard) O.B.#18 P.#160 c: USA,USPO,PTS,USM,DEFT,COUNSEL, JUDGE HOWARD, FINANCIAL DEPUTY             Ent. 3/24/94    jh | |
| 3/24/94 | Presentence Report Sealed                           Jh | |
| 4/7/99 | SATISFACTION OF JUDGMENT AND CERTIFICATE OF RELEASE OF LIEN by AUSA Fenita Shepard - cys dist | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days